## DECLARATION OF SERVICE ON ATTORNEY--BY MAIL

SCOTT A. KORENBAUM declares, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that on March 13, 2007, I served a copy of the Summons and Complaint on defendant The National Football League by mailing a copy of the same to the following person:

Zachary D. Fasman, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022

being the address and person designated by the defendant for that purpose.

Dated: March 15, 2007
New York, New York

_Scott A. Korenbaum_
Scott A. Korenbaum

Dockets.Justia.com

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

EARNIE FRANTZ

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CV

NATIONAL FOOTBALL LEAGUE

**07 CV 971**

**JUDGE McMAHON**

TO: (Name and address of defendant)

NATIONAL FOOTBALL LEAGUE
280 Park Avenue
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SCOTT A. KORENBAUM, ESQ.
111 BROADWAY, SUITE 1305
NEW YORK, NY 10006

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature] Marcos Quintero*

(BY) DEPUTY CLERK

DATE   FEB 0 9 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                                       Signature of Server

                                                                           _____
                                                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.