UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EARNIE FRANTZ,

                          Plaintiff,         NOTICE OF
                                          VOLUNTARY DISMISSAL

     -against-

                                          07 Civ. 971 (CM) (JCF)

THE NATIONAL FOOTBALL LEAGUE,

                          Defendant.
------------------------------------------------------------X

        Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Earnie Frantz hereby voluntarily dismisses, the above-captioned action. Said dismissal is with prejudice.

Dated: New York, New York
            April 25, 2007

                                                    SCOTT A. KORENBAUM, ESQ.
                                                    Attorney for Plaintiff
                                                    111 Broadway, Suite 1305
                                                    New York, New York 10006
                                                    (212) 587-0018

                                                    By: _____
                                                        Scott A. Korenbaum (SK-8305)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

SO ORDERED:
_____
U.S.D.J.

4/30/2007